■ LASZLO PALFFY et al., Respondents, v. LORRAINE DE JONG et al., Appellants.— Judgment in favor of plaintiff Palffy for $15,500 plus costs and in favor of plaintiff Toro for $15,000, plus costs, unanimously reversed, on the law, on the facts and in the exercise of discretion, the verdict vacated and a new trial ordered, with costs to appellants, unless plaintiff Palffy stipulates to accept $7,500 and plaintiff Toro $4,000 in lieu of the awards by verdict, in which event the judgment is modified to that extent, and is affirmed as thus modified, with costs to the appellants. In this personal injury negligence action it is evident that the jury verdict is grossly excessive in the award of damages and that a verdict in excess of the amounts herein indicated is not warranted by the record. Settle order on notice. Concur — Botein, P. J., Valente, McNally, Stevens and Steuer, JJ.

■ (A) In the Matter of SIDNEY J. UNGAR v. JOSEPH A. SARAFITE. Concur — Rabin, J. P., Valente, McNally, Eager and Steuer, JJ. (B) THE PEOPLE OF THE STATE OF NEW YORK v. CHRISTOPHER ROMANO. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ. [In each action] Motion for reargument denied.

■ ST. REGIS PAPER COMPANY v. JOHN L. RAYWARD.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, McNally and Stevens, JJ.

■ WALSTON & CO., INC. v. ERNEST KLEIN.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.

■ GERALDINE C. RUDDY v. ROBERT M. RUDDY.— Motion for consolidation granted insofar as to allow appellant to have the appeals heard in one typewritten or mimeographed appeal book, but upon printed appellant's points, upon condition that the appellant serves one copy of the typewritten or mimeographed record and three copies of the printed appellant's points on the attorney for respondent and files 6 typewritten or 19 mimeographed copies of the record on appeal, together with appellant's printed points, with this court on or before June 12, 1962, with notice of argument for June 21, 1962, said appeals to be argued or submitted when reached. Respondent's points are to be served and filed on or before June 18, 1962. Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before June 12, 1962, with notice of argument for June 21, 1962, said appeal to be argued or submitted when reached. Respondent's points are to be served and filed on or before June 18, 1962. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ LOTTIE GRASER v. ISRAEL J. EISERT, as Executor of L. Tshernoff, Deceased.— Motion to dismiss appeal granted, with $10 costs. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ In the Matter of the Arbitration between IRA STROUD and MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before May 31, 1962, with notice of argument for June 12, 1962, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.